No. 130. GEORGIA *v.* WENGER. C. A. 7th Cir. Certiorari denied. *Eugene Cook,* Attorney General of Georgia, *M. H. Blackshear, Jr.,* Deputy Attorney General, and *Lamar W. Sizemore,* Assistant Attorney General, for petitioner. *Maurice J. Walsh* for respondent. A brief of *amici curiae* supporting petitioner was filed for the States of Alabama, by *Si Garrett,* Attorney General; California, by *Edmund G. Brown,* Attorney General; Connecticut, by *George C. Conway,* Attorney General, and *William L. Beers,* Deputy Attorney General; Delaware, by *H. Albert Young,* Attorney General; Florida, by *Richard W. Ervin,* Attorney General; Illinois, by *Ivan A. Elliott,* Attorney General; Iowa, by *Robert L. Larson,* Attorney General; Kansas, by *Harold R. Fatzer,* Attorney General; Kentucky, by *A. E. Funk,* Attorney General; Mississippi, by *J. P. Coleman,* Attorney General; Nebraska, by *Clarence S. Beck,* Attorney General, and *Walter E. Nolte,* Deputy Attorney General; New Hampshire, by *Gordon N. Tiffany,* Attorney General; New Jersey, by *Theodore D. Parsons,* Attorney General; North Dakota, by *E. T. Christianson,* Attorney General; Oregon, by *George Neuner,* Attorney General; Rhode Island, by *William E. Powers,* Attorney General; South Carolina, by *T. C. Callison,* Attorney General; Tennessee, by *Roy H. Beeler,* Attorney General, and *William F. Barry,* Solicitor General; Texas, by *Price Daniel,* Attorney General; Vermont, by *Clifton G. Parker,* Attorney General; Virginia, by *J. Lindsay Almond, Jr.,* Attorney General; Washington, by *Smith Troy,* Attorney General; and West Virginia, by *William C. Marland,* Attorney General, and *Easton R. Stephenson,* Assistant Attorney General.

No. 131. MARACHOWSKY STORES CO. *v.* O'CONNOR, CUSTODIAN. C. A. 7th Cir. Certiorari denied. *David A. Canel* for petitioner. Respondent *pro se.*